**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MADELYN PEREDNIA,

        Plaintiff,

  - against -

PING PONG VENTURE GROUP, LLC., et al.,

        Defendants.
-------------------------------------------------------------X

**ORDER**
**CV-20-2426 (ST)**

**TISCIONE, Magistrate Judge:**

    Having presided over the Fairness Hearing and having reviewed the settlement agreement and plaintiff's letters dated May 6, 2021, Docket Entry 27, and May 19, 2021, Docket Entry 30, I find that "the agreement reflects a reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching." Le v. SITA Information Networking Computing, USA, Inc., 2008 WL 724155 (E.D.N.Y. Mar. 13, 2008)(internal quotations and citation omitted). See also Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). The settlement is therefore approved, the case is dismissed with prejudice and closed.

    **SO ORDERED.**

**Dated: Brooklyn, New York**
       **May 20, 2021**

                                                      s/
                                                  **STEVEN L. TISCIONE**
                                                  **UNITED STATES MAGISTRATE JUDGE**